THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRAD SMITH, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>BIONA US, LLC, a Washington Limited Liability Company,<br><br>        Defendant. | CASE NO. 2:18-cv-01606-JLR<br><br>STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN |

### STIPULATION

Plaintiff Brad Smith and Defendant Biona US, LLC, through their respective attorneys of record, hereby make the following representations, stipulations and agreements:

The parties jointly request that the scheduling deadline for the Combined Joint Status Report and Discovery Plan shall be extended from 1/7/2019 to the later date of 2/11/2019 to allow time for potential early resolution negotiations.

DATED this 19th day of December, 2018.

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR
COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN –1
Case No.: 2:18-cv-01606-JLR

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA 98370
Office (206) 488-8344

Attorneys for Plaintiff

By: *s/ C. Ryan Morgan*
C. Ryan Morgan,
FSBA #0015527

By: *s/ Spencer Nathan Thal*
Spencer Nathan Thal,
WSBA #20074

Attorneys for Defendant

By: *s/ Gretchen Graham Salazar*
Gretchen Graham Salazar,
WSBA #26186

By: *s/ Kasey D. Huebner*
Kasey D. Huebner,
WSBA #32890

## ~~PROPOSED~~ ORDER

The Court, having reviewed the records and files herein, and the foregoing stipulation, and deeming itself fully informed, hereby ORDERS, ADJUDGES and DECREES that:

1.1 This Court has jurisdiction to issue an order in this matter;

1.2 This Court hereby extends the scheduling deadline for the Combined Joint Status Report and Discovery Plan from 1/7/2019 to the later date of 2/11/2019.

DATED this 20th day of December, 2018.

_____
James L. Robart
United States District Judge

Presented by:

Attorneys for Plaintiff

By: *s/ C. Ryan Morgan*
C. Ryan Morgan,
FSBA #0015527
(Appearing *pro hac vice*)

By: *s/ Spencer Nathan Thal*
Spencer Nathan Thal,
WSBA #20074

Attorneys for Defendant

By: *s/ Gretchen Graham Salazar*
Gretchen Graham Salazar,
WSBA #26186

By: *s/ Kasey D. Huebner*
Kasey D. Huebner,
WSBA #32890

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR
COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN –2
Case No.: 2:18-cv-01606-JLR

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA 98370
Office (206) 488-8344