**THE HONORABLE JAMES L. ROBART**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRAD SMITH, an individual,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>BIONA US, LLC, a Washington Limited Liability Company,<br><br>　　　　　Defendant. | CASE NO. 2:18-cv-01606-JLR<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES |

## STIPULATION

The Court previously approved an extension of the deadline for filing the Joint Status Report to February 11, 2019. Consistent with that new deadline, the parties through their respective attorneys of record, hereby make the following stipulations and agreements as to other deadlines:

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES – 1
Case No.: 2:18-cv-01606-JLR

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA 98370
Office (206) 488-8344

1. The deadline for answering the Plaintiff's counterclaims should be extended from January 8, 2019 to January 22, 2019;

2. The agreed upon Rule 26(f) discovery conference deadline is January 21, 2019; and

3. The agreed upon initial disclosures deadline is now February 4, 2019.

The extension of these deadlines is to allow time for the parties to discuss the possibility of early resolution of this matter.

DATED this 7th day of January, 2019.

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| By: *s/ C. Ryan Morgan*<br>C. Ryan Morgan,<br>FSBA #0015527 | By: *s/ Gretchen Graham Salazar*<br>Gretchen Graham Salazar,<br>WSBA #26186 |
| By: *s/ Spencer Nathan Thal*<br>Spencer Nathan Thal,<br>WSBA #20074 | By: *s/ Kasey D. Huebner*<br>Kasey D. Huebner,<br>WSBA #32890 |

**PROPOSED ORDER**

The Court, having reviewed the records and files herein, and the foregoing stipulation, and deeming itself fully informed, hereby ORDERS, ADJUDGES and DECREES that:

1.1 This Court has jurisdiction to issue an order in this matter;

1.2 This Court hereby extends the deadline for Plaintiff to answer Defendant's counterclaims from January 8, 2019 to January 22, 2019;

1.3 The Rule 26(f) discovery conference deadline is now January 21, 2019; and

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES – 2
Case No.: 2:18-cv-01606-JLR

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA 98370
Office (206) 488-8344

1.4   The initial disclosures deadline is now February 4, 2019.

DATED this 6th day of January, 2019.

_____
James L. Robart
United States District Judge

Presented by:

Attorneys for Plaintiff

By: *s/ C. Ryan Morgan*
    C. Ryan Morgan,
    FSBA #0015527
    (Appearing *pro hac vice*)

By: *s/ Spencer Nathan Thal*
    Spencer Nathan Thal,
    WSBA #20074

Attorneys for Defendant

By: *s/ Gretchen Graham Salazar*
    Gretchen Graham Salazar,
    WSBA #26186

By: *s/ Kasey D. Huebner*
    Kasey D. Huebner,
    WSBA #32890

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES – 3
Case No.: 2:18-cv-01606-JLR

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA 98370
Office (206) 488-8344