1

Honorable James L Robart

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

9

BRAD SMITH, an individual,

Plaintiff,

10

NO.:  2:18-cv-01606 JLR

v.

11

**STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE**

BIONA US, LLC, a Washington Limited
Liability Company,

12

NOTE ON MOTION CALENDAR:
APRIL 11, 2019

13

Defendant.

14

15

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and

16

through their attorneys of record, hereby stipulate to the dismissal of all claims and

17

counterclaims with prejudice and without an award of attorneys' fees or costs to either party.

18

19

Dated: April 11, 2019

Dated: April 11, 2019

20

MORGAN & MORGAN, P.A.

MILLS MEYERS SWARTLING P.S.

21

22

/**s**/ *C. Ryan Morgan*
**Per electronic authority 4/11/19**

By:     s/ *Gretchen Graham Salazar*
         Gretchen Graham Salazar
         WSBA No. 26186
         gsalazar@millsmeyers.com
         Kasey D. Huebner
         WSBA No. 32890
         khuebner@millsmeyers.com

23

C. Ryan Morgan, Esq.
*Admitted Pro hac vice*

24

Florida Bar No. 0015527

25

20 N. Orange Ave., 14th Floor
P.O. Box 4979

26

Orlando, FL 32802-4979

***Attorneys for Defendant***

STIPULATED MOTION FOR ORDER OF DISMISSAL WITH
PREJUDICE
(NO.:  2:18-CV-01606 JLR) - 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

Telephone: (407) 420-1414
Facsimile: (407) 420-5956
E-mail: rmorgan@forthepeople.com

2

3

/s/ *Spencer Nathan Thal*
**Per electronic authority 4/11/19**
Spencer Nathan Thal, Esq.
WSBA No. 20074

4

5

6

*Attorneys for Plaintiff*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR ORDER OF DISMISSAL WITH
PREJUDICE
(NO.:  2:18-CV-01606 JLR) - 2

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Charles Ryan Morgan: rmorgan@forthepeople.com

Spencer Nathan Thal: spencer@vanguardlawfirm.com

I further certify that I mailed a true and correct copy of the foregoing to the following non-CM/ECF participants:

N/A

Dated this 11th day of April, 2019.


*s/ Kendra Brown*
Kendra Brown, Legal Assistant

STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE
(NO.: 2:18-CV-01606 JLR) - 3

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343