Honorable James L Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BRAD SMITH, an individual,

    Plaintiff,

v.

BIONA US, LLC, a Washington Limited Liability Company,

    Defendant.

NO.: 2:18-cv-01606 JLR

[PROPOSED] ORDER *RE* STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

NOTE ON MOTION CALENDAR:
APRIL 11, 2019

Pursuant to the parties' stipulated motion and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims and counterclaims asserted in this action are DISMISSED with prejudice and without an award of costs or attorneys' fees to either party. The Clerk is respectfully directed to CLOSE this case.

DATED: April 12, 2019

_____
Honorable James L. Robart
United States District Court Judge
Western District of Washington

ORDER *RE* STIPULATED MOTION FOR ORDER OF DISMISSAL
WITH PREJUDICE (NO.: 2:18-CV-01606 JLR) - 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

Presented By:

| | |
|---|---|
| MORGAN & MORGAN, P.A. | MILLS MEYERS SWARTLING P.S.<br>Attorneys for Defendant |

/s/ *C. Ryan Morgan*
**Per electronic authority 4/11/19**
C. Ryan Morgan, Esq.
*Admitted Pro hac vice*
Florida Bar No. 0015527
20 N. Orange Ave., 14th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 420-5956
E-mail: rmorgan@forthepeople.com

/s/ *Spencer Nathan Thal*
**Per electronic authority 4/11/19**
Spencer Nathan Thal, Esq.
WSBA No. 20074

*Attorneys for Plaintiff*

By:   s/ *Gretchen Graham Salazar*
Gretchen Graham Salazar
WSBA No. 26186
Gsalazar@millsmeyers.com
Kasey D. Huebner
WSBA No. 32890
khuebner@millsmeyers.com

ORDER *RE* STIPULATED MOTION FOR ORDER OF DISMISSAL
WITH PREJUDICE (NO.: 2:18-CV-01606 JLR) - 2

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343